IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEVEN MOXLEY, | § | |
| :--- | :--- | :--- |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-1524-O-BF |
| | § | |
| SHERIFF LOPEZ, ET AL., | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6) filed on September 16, 2010. After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge (ECF No. 8) are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED** this **6th** day of **December, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**